IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TESHA MERCHANT,<br><br>               Plaintiff,<br><br>v.<br><br>KIK INTERNATIONAL LLC, and DAVID WALKER,<br><br>               Defendants. | Case No.: 1:24-cv-02376<br><br>Hon. Judge Sara L. Ellis<br>Magistrate Judge Jeffrey Cole |

**DEFENDANT KIK INTERNATIONAL LLC'S CORPORATE DISCLOSURE STATEMENT**

Defendant KIK International LLC ("KIK" or "Defendant"), through its undersigned attorneys, hereby submits the following information in compliance with Fed. R. Civ. P. 7.1 and Local Civil Rule 3.2:

1. KIK is wholly owned by KIK U.S. Holdings LLC.

2. No entities or individuals own, directly or indirectly, 5% or more of KIK stock.

Dated: April 12, 2024

                                                                      Respectfully submitted,

                                                                    **KIK INTERNATIONAL LLC**

                                                                     */s/ Jason D Keck*
                                                                     Jason D Keck
                                                                     Ryan T. Probasco
                                                                     FISHER & PHILLIPS, LLP
                                                                     10 South Wacker Drive, Suite 3450
                                                                     Chicago, Illinois 60606
                                                                     P: (312) 346-8061
                                                                     F: (312) 346-3179
                                                                     jkeck@fisherphillips.com
                                                                     rprobasco@fisherphillips.com

*Counsel for Defendant KIK International LLC*

FP 50305791.1

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on April 12, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

      Respectfully submitted,

      */s/ Jason D Keck*
      Jason D Keck