# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| TESHA MERCHANT,<br><br>                Plaintiff,<br><br>    v.<br><br>KIK INTERNATIONAL LLC, and DAVID WALKER,<br><br>                Defendants. | Case No. 1:24-cv-02376<br><br>Hon. Judge Sara L. Ellis<br>Magistrate Judge Jeffrey Cole |

**JOINT STATUS REPORT REGARDING THE STATUS OF SETTLEMENT**

Plaintiff Tesha Merchant ("Plaintiff") and Defendant KIK International LLC ("Defendant") (collectively, the "Parties"), through their undersigned counsel, file this report to provide an update as to the Parties' settlement agreement:

1. The Parties reached an agreement to resolve this matter in its entirety. Accordingly, the Parties filed a Joint Notice of Settlement and Request for Stay of Deadlines Pending Finalization on May 30, 2024. *See* Dkt. 20.

2. The Court granted the Parties' motion to stay all outstanding deadlines pending settlement on June 6, 2024. *See* Dkt. 23. Additionally, the Court ordered the Parties to file a joint status report regarding the status of settlement by July 11, 2024. *Id*.

3. Based on the Parties' collective efforts, the Parties report that they have agreed on settlement terms and that their written agreement has been executed by both Parties.

4. The Parties are in the process of finalizing and dispersing funding in accordance with the terms of their agreement.

FP 51506126.1

5.      To facilitate this process, the Parties jointly request that the Court continue the stay of all pending deadlines so that the Parties can finalize their agreement without the need to incur any additional and unnecessary expenses.

6.      Upon conclusion of the settlement, the Parties intend to file a Rule 41 Stipulation that dismisses the entirety of this litigation, with prejudice.

WHEREFORE, the Parties respectfully request that the Court enter an Order continuing the stay of all discovery and Court deadlines in this matter.

Dated: July 11, 2024

Respectfully submitted,

| TESHA MERCHANT | KIK INTERNATIONAL LLC |
|---|---|
| By: */s/ William E. Meyer, Jr.*     One of Her Attorneys | By: */s/ Jason D Keck*     One of Its Attorneys |
| William E. Meyer, Jr.<br>Lauren Kathleen Miller<br>Fuksa Khorshid, LLC<br>200 W. Superior St., Suite 410<br>Chicago, IL 60654<br>william@fklawfirm.com<br>lauren@fklawfirm.com<br>T: (312) 266-2221 | Jason D Keck<br>Ryan T. Probasco<br>Fisher & Phillips LLP<br>10 South Wacker Dr., Suite 3450<br>Chicago, IL 60606<br>jkeck@fisherphillips.com<br>rprobasco@fisherphillips.com<br>T: (312) 346-8061 |
| *Counsel for Plaintiff* | *Counsel for Defendant, KIK International LLC* |

## **CERTIFICATE OF SERVICE**

      The undersigned attorney of FISHER & PHILLIPS LLP certifies that on July 11, 2024, I electronically filed the foregoing **JOINT STATUS REPORT REGARDING THE STATUS OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

      Respectfully submitted,

      */s/ Jason D Keck*
      Jason D Keck

FP 51506126.1